# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Micah Foster, | Case No. 2:24-cv-08043-AH-(Ex) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| Christopher Brown *et al.*, | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on April 30, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: April 30, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE